UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN A. LAFOND,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
       _____/

Case No.  1:10-CV-371

Hon. Gordon J. Quist

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on June 13, 2011.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 13, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **reversed and remanded** pursuant to sentence four of 42 U.S.C. § 405(g) to allow the ALJ to evaluate Plaintiff's alleged mental disability; re-evaluate Plaintiff's disability under the grid; and evaluate whether Plaintiff meets the requirements of Listing 12.05C.

This case is **concluded**.

Dated:  July 6, 2011

                                                             /s/ Gordon J. Quist
                                                             GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE